Fourth Department. November 22, 1911.) Action by the De Laplante Lumber Company against the George Alexander Company. No opinion. Judgment and order affirmed, with costs.

---

DELCAMBRE v. DELCAMBRE et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Alfred P. Delcambre, Sr., against Marie H. Delcambre and others.

PER CURIAM. Motion denied. It was not the intention of this court to grant any leave to plead over. If the judgment entered in this action by the clerk of Westchester county is not in its form final, in that it does not expressly provide that the complaint should be dismissed, the remedy is by a motion at Special Term to instruct the clerk to enter such judgment as the decision of this court authorized. See, also, 130 N. Y. Supp. 1109; infra.

---

DELCAMBRE v. DELCAMBRE et al. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Alfred P. Delcambre, Sr., against Marie H. Delcambre and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, supra.

---

DEL VECCHIO, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Agostino Del Vecchio against the Nassau Electric Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

---

DES ROCHES, Respondent, v. HAYDEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Mary C. Des Roches against Kate Hayden and others.

PER CURIAM. The deed executed by Kate Hayden is not void, and should not be canceled for fraud, but should be adjudged a mortgage for the amount advanced by plaintiff's authority on account of the Ansorge mortgage, and for such further sums as Mrs. Hayden and her grantees have advanced for the maintenance of the property, as found by the trial justice; and the judgment, as so modified, is affirmed, without costs.

---

DEVLIN, Respondent, v. STEEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Sarah Devlin against Elizabeth Steen. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

DEYO, Respondent, v. DARROW, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Georgianna Deyo against Leonard J. Darrow. No opinion. Judgment affirmed, with costs.

---

DEYO, Respondent, v. DARROW, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Georgianna Deyo against Leonard J. Darrow. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see infra.

---

DICKEY v. GORTNER. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) In the matter of a retransfer of real estate and for an accounting between Paul Dickey and Christopher A. Gortner.

PER CURIAM. Motion denied, without costs. See, also, 140 App. Div. 890, 125 N. Y. Supp. 1117.

CARR, J., not voting.

---

DI DONATO v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Irene M. Di Donato against the Interborough Rapid Transit Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

DIETER v. ELIAS et al. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Pauline Dieter, as administratrix, etc., against Gabriel J. Elias and another.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs.

WILLIAMS and KRUSE, JJ., dissent.

---

In re DIOCESE OF LONG ISLAND'S ESTATE. In re CHURCH OF THE ASCENSION. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) In the matter of the application of the trustees of the estate belonging to the Diocese of Long Island, etc., and of the Church of the Ascension, etc., for a peremptory writ of mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements.

---

DI PALMA, Respondent, v. SHEEHAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Vincent Di Palma against John C. Sheehan, impleaded with John J. O'Brien. No opinion. Judgment and order unanimously affirmed, with costs.

---

DOUGHTY v. BAKER. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Gertrude H. Doughty against Elwood W. Baker. No opinion. Judgment for defendant, without costs, upon agreed